PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision: Landon Wang    Case Number:   0868 3:06CR00132

Name of Sentencing Judicial Officer:   Ralph R. Erickson, Circuit Judge Sitting By Designation

Date of Original Sentence:  August 30, 2007

| | |
|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute and Distribute a Controlled Substance |
| Original Sentence: | 204 months to run concurrent with state sentences in Case No. KX-07-452 in Clay County, MN and 09-07-K00847 in Cass County, ND // 10 years TSR |

Type of Supervision: TSR              Date Supervision Commenced: 7/14/2023

Asst. U.S. Attorney: Megan A. Healy                              Defense Attorney: Gene W. Doeling

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

Violation No.     Nature of Noncompliance

1.                **On September 14, 2023, Mr. Wang tested positive for THC and cocaine. He denied usage of either substance, however the sample was confirmed as positive for both substances by Alere Toxicology Laboratory.** This is a violation of Special Condition #1 which requires the defendant to abstain from the use of alcohol and illegal drugs.

PROB 12C
(Rev. 2/13)
Wang, Landon
0868 3:06CR00132

2. **On May 6, 2024, Mr. Wang admitted to consuming alcohol approximately 4-5 times since approximately March 21, 2024, with last reported usage being on May 1, 2024. Additionally, he provided a urine sample on May 6, 2024, which tested negative but appeared to be dilute. The sample was confirmed as dilute by Alere Toxicology Laboratory.** This is a violation of Special Condition #1 which requires the defendant to abstain from the use of alcohol and illegal drugs.

3. **Mr. Wang provided urine samples on May 20, May 31, June 5, June 8, July 1, July 10, and July 16, 2024, which tested positive for methamphetamine. He denied usage on each occasion, however the samples were confirmed as positive by Alere Toxicology Laboratory, except for the samples on July 10 and July 16, 2024, as the results have yet to be received from the laboratory.** This is a violation of Special Condition #1 which requires the defendant to abstain from the use of alcohol and illegal drugs.

4. **Mr. Wang admitted to using methamphetamine on May 26, 2024. Additionally, he admitted to using THC on May 26, May 31, June 30, July 8, and July 11, 2024.** This is a violation of Special Condition #1 which requires the defendant to abstain from the use of alcohol and illegal drugs.

5. **On June 30, 2024, Mr. Wang engaged in conduct constituting the offense of Unlawful to Possess Marijuana an Infraction in City of Fargo. Case No. FA-2024-CR-01852. This charge is still pending.** This is a violation of the Mandatory Conditions which requires the defendant to not commit another federal, state, or local crime.

6. **Mr. Wang refused to provide a urine sample at Centre Inc. on July 1, 2024.** This is a violation of Special Condition #2 which requires the defendant to submit to random drug and alcohol testing as approved by the probation officer.

7. **Mr. Wang was unsuccessfully terminated from Centre Inc. RRC on July 17, 2024.** This is a violation of the Modification of Conditions ordered on May 23, 2024, which requires the defendant to comply with all rules and regulations of the Residential Re-Entry Center (RRC) and not withdraw from the facility without prior permission from the probation officer.

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued so the defendant can appear before the Court to address the alleged violations.

☒ The term of supervision should be:

　　☒ Revoked.

　　☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

PROB 12C
(Rev. 2/13)
Wang, Landon
0868 3:06CR00132

Executed on <u>July 17, 2024</u>

/s/ Ted Truedson
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

07/18/2024
Date