Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

REC'D USMS-FARGO, ND
'24 JUL 18 PM12:18

United States of America
v.

Landon Wang                                )   Case No.   3:06-cr-132

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                 Landon Wang
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Alleged violation(s) of supervised release

Date:  07/18/2024

/s/ Shantel Jacobson
*Issuing officer's signature*

City and state:   Fargo, ND

Shantel Jacobson, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7-18-2024, and the person was arrested on *(date)* 7-26-2024
at *(city and state)* Fargo, ND.

Date: 7-26-2024

Josh Moore  DUSM
*Arresting officer's signature*

*Printed name and title*